ANTHONY GARGANO, RESPONDENT, v. ESSEX COUNTY
NEWS COMPANY, APPELLANT.

Argued May 20, 1943—Decided September 16, 1943.

For the respondent, *Xavier Del Negro.*

For the appellant, *Henry M. Grosman (Isidor Kalisch,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.